State of Alaska
Department of Commerce, Community, and Economic Development
Division of Corporations, Business and Professional Licensing
550 West 7th Avenue, Suite 1500
Anchorage, Alaska 99501-3567
Telephone 907-269-8160 Fax 907-269-8195

# STATE OF ALASKA
## DEPARTMENT OF COMMERCE, COMMUNITY,
## AND ECONOMIC DEVELOPMENT
## DIVISION OF CORPORATIONS, BUSINESS AND PROFESSIONAL LICENSING
## BEFORE THE STATE MEDICAL BOARD

In the Matter of:                                )
                                                 )
Claribel Tan                                     )
                                                 )
Respondent _____ )

Case No. 2019-000664

### BOARD ORDERED SUMMARY SUSPENSION OF PHYSICIAN LICENSE

Upon the petition of the State of Alaska, Department of Commerce, Community and Economic Development, Division of Professional Licensing for Summary Suspension of Physician License #MEDS5689, and upon evidence presented by the Division, the Alaska State Medical Board finds that Claribel Tan poses a clear and immediate danger to the public health and safety if she continues to practice. The purpose of the summary suspension is to prevent the likelihood of immediate danger to the health and safety of any patient.

The Board hereby grants the Division's Petition and Order, pursuant to AS 08.64.326 and 08.64.331(c), and summarily suspends Claribel Tan's Physician License #MEDS5689. It is further ordered that, Dr. Tan's license to practice Medicine in Alaska will remain suspended until Dr. Tan can demonstrate to the Board that she is fit to practice in a manner consistent with public safety.

A hearing on the suspension may be requested to be conducted under the provisions of the Administrative Procedures Act (AS 44.62)

This Order shall become effectively immediately upon approval by the Board.

Dated ___August 9, 2024___, at Palmer, Alaska.

ALASKA STATE MEDICAL BOARD

By: _____*E. Nimmo MD*_____
        Eric Nimmo, M.D.
        Board Chair

FORM REVISED 05/31/2012          ORDER FOR SUMMARY SUSPENSION
                                 CLARIBEL TAN 2019-000664