PLACEHOLDER


3:24-cr-00072-SLG-KFR


EXHIBIT 1


FILED UNDER SEAL