# UNITED STATES DISTRICT COURT

District of Alaska

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| **v.** | (For **Supervised Release**) |
| CLARIBEL KOHCHET CHUA TAN | Case Number:    3:24-CR-00072-001-SLG |
| | USM Number:    26353-511 |

<u>Dunnington Michael Redhead Babb</u>
Defendant's Attorney

**THE DEFENDANT:**

☒   pleaded guilty to count(s)   <u>1 and 2 of the Indictment and admitted the Criminal Forfeiture Allegation</u>

☐   pleaded nolo contendere to count(s) <u> </u>
which was accepted by the court.

☐   was found guilty on count(s) <u> </u>
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 1347 | Health Care Fraud | 06/30/2023 | 1 |
| 26 U.S.C. § 7201 | Attempt to Evade and Defeat Tax | 09/30/2018 | 2 |
| 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(7), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(a) | Criminal Forfeiture Allegation | N/A | N/A |

The defendant is sentenced as provided in pages 2 through 12 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has been found not guilty on count(s) <u> </u>

☒   Count(s)   <u>3 and 5 through 9 of the Indictment</u>

         ☐ is   ☒ are   dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

<u>3/17/2026</u>
Date of Imposition of Judgment

<u>/s/Sharon L. Gleason</u>
Signature of Judge

<u>Sharon L. Gleason, Chief United States District Judge</u>
Name and Title of Judge

<u>3/24/2026</u>
Date

DEFENDANT:      CLARIBEL KOHCHET CHUA TAN
CASE NUMBER:    3:24-CR-00072-001-SLG

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

78 MONTHS on Count 1 and 60 MONTHS on Count 2, to be served concurrently

☐    The court makes the following recommendations to the Bureau of Prisons:

☐    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

    ☐    at _____    ☐ a.m.  ☐ p.m.   on _____ .

    ☐    as notified by the United States Marshal.

☒    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐    before 2 p.m. on _____ .

    ☐    as notified by the United States Marshal.

    ☒    as notified by the Probation or Pretrial Services Office.

### RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT:       CLARIBEL KOHCHET CHUA TAN
CASE NUMBER:     3:24-CR-00072-001-SLG

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:

2 YEARS per count

## MANDATORY CONDITIONS

1.   You must not commit another federal, state or local crime.

2.   You must not unlawfully possess a controlled substance.

3.   You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

       ☒     The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*

4.   ☒     You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*

5.   ☒     You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*

6.   ☐     You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*

7.   ☐     You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached pages.

DEFENDANT:      CLARIBEL KOHCHET CHUA TAN
CASE NUMBER:    3:24-CR-00072-001-SLG

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.

2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.

4.  You must answer truthfully the questions asked by your probation officer.

5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.

7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

8.  You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.

12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.

13. You must follow the instructions of the probation officer related to the conditions of supervision.

DEFENDANT:    CLARIBEL KOHCHET CHUA TAN
CASE NUMBER:   3:24-CR-00072-001-SLG

# SPECIAL CONDITIONS OF SUPERVISION

1.  You must submit to a warrantless search of person, residence, vehicle, and other property by a federal probation officer, or other law enforcement officer at the direction of U.S. Probation, based upon reasonable suspicion of contraband or a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation of supervision. You must warn persons with whom you share a residence that the premises may be subject to search.

2.  You must provide the probation officer access to any requested financial information, including authorization to conduct credit checks, and must not incur any new debts or apply for credit without the prior approval of the probation officer. The U.S. Probation Office may share any financial information with the U.S. Attorney's Office.

3.  You must pay any fine or restitution in accordance with the Court's orders.

4.  During the term of supervision, you must, when eligible, apply for the Alaska Permanent Fund Dividend (PFD) and must apply 100% of the PFD toward any outstanding restitution or fines owed in this case.

5.  You must comply and cooperate with the IRS in a good-faith effort to pay any outstanding tax liability, to include any assessed penalties and interest.

6.  You must timely and accurately file all future income tax returns required by law during the term of supervision, unless an extension of time is granted by the IRS.

7.  You are restricted from engaging in the following occupation, business, or profession: physician.
    /////////////////////////////////////////////////////////////////////////////////////////////////

**U.S. Probation Office Use Only**

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at www.uscourts.gov.

Defendant's Signature _____     Date _____

_____          _____

DEFENDANT:      CLARIBEL KOHCHET CHUA TAN
CASE NUMBER:    3:24-CR-00072-001-SLG

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| TOTALS | $ 200.00 | $ 16,771,260.00 | Waived | N/A | N/A |

*An Amended Judgment in a Criminal Case (AO 245C)*

☒  The determination of additional restitution is deferred until   05/06/2026.
   will be entered after such determination.

☐  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

   If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Insurance Name | Group Name | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|---|
| Aetna | Alaska Communications Systems Holdings | $3,367.65 | $3,367.65 | 100% |
| | Alaska Electrical Health and Welfare Fund | $291,432.75 | $291,432.75 | 100% |
| | Alaska Specialty Hospital, LLC DBA St. E | $50,718.84 | $50,718.84 | 100% |
| | Alaska Teamster-Employer Welfare Trust | $65,886.23 | $65,886.23 | 100% |
| | Anchorage School District | $167,554.23 | $167,554.23 | 100% |
| | ASEA/AFSCME Local 52 Health Benefits Tru | $116,706.17 | $116,706.17 | 100% |
| | Bp Corporation North America, Inc. | $222,625.52 | $222,625.52 | 100% |
| | ConocoPhillips Company | $11,830.62 | $11,830.62 | 100% |

☐  Restitution amount ordered pursuant to plea agreement    $

☐  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   ☐  the interest requirement is waived for the  ☐ fine  ☐ restitution

   ☐  the interest requirement for the  ☐ fine  ☐ restitution is modified as follows:


*    Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299

**   Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.

***  Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT:    CLARIBEL KOHCHET CHUA TAN
CASE NUMBER:    3:24-CR-00072-001-SLG

## ADDITIONAL TERMS FOR CRIMINAL MONETARY PENALTIES

| Insurance Name | Group Name | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|---|
| Aetna | Costco Wholesale Corporation | $9.91 | $9.91 | 100% |
| | Fairbanks Northstar Borough & School District | $388.58 | $388.58 | 100% |
| | Federal Employees Health Benefits Program | $24,167.75 | $24,167.75 | 100% |
| | No Description | $598,536.29 | $598,536.29 | 100% |
| | Public Employees Local 71 Health Benefit | $49,601.63 | $49,601.63 | 100% |
| | State of Alaska | $2,617,954.08 | $2,617,954,.08 | 100% |
| | Blank | $123,696.29 | $123,696.29 | 100% |
| Christian Brothers | Christian Brothers | $11,662.42 | $11,662.42 | 100% |
| Cigna-Proclaim | APL Limited | $101.55 | $101.55 | 100% |
| | CH2M Hill Companies, Inc. | $155.43 | $155.43 | 100% |
| | FedEx Corporation | $7,921.74 | $7,921.74 | 100% |
| | FedEx Express | $1,966.19 | $1,966.19 | 100% |
| Cigna (FACETS) | Alaska Public Employees | $404.10 | $404.10 | 100% |
| | Denali Foods, Inc. | $5,023.84 | $5,023.84 | 100% |
| | OrthoAlaska, LLC | $15,136.24 | $15,136.24 | 100% |
| Employee Benefits Management Services | Alaska Children's Services | $2,395.35 | $2,395.35 | 100% |
| | Central Peninsula Hospital | $1,549.41 | $1,549.41 | 100% |
| | DOWL | $2,522.45 | $2,522.45 | 100% |
| | Matanuska Susitna Borough | $366,754.38 | $366,754.38 | 100% |
| | Public Education Health Trust | $1,619,666.84 | $1,619,666.84 | 100% |
| | Westward Seafoods, Inc. | $1,026.14 | $1,026.14 | 100% |
| Meritain | Meritain | $764,438.18 | $764,438.18 | 100% |
| Moda Health | Alaska Individual HIX | $16,953.99 | $16,953.99 | 100% |
| | Consumer Credit Counseling Services of Alaska | $5,227.62 | $5,227.62 | 100% |
| | Municipality of Anchorage | $96,638.78 | $96,638.78 | 100% |
| | Qub'D International dba Capital Office Systems | $846.23 | $846.23 | 100% |
| Premera | AAICA | $14,474.84 | $14,474.84 | 100% |
| | Airframes Alaska, LLC | $6,342.78 | $6,342.78 | 100% |

DEFENDANT:     CLARIBEL KOHCHET CHUA TAN
CASE NUMBER:   3:24-CR-00072-001-SLG

| | | | |
|---|---|---|---|
| Alaska Airlines | $2,476.52 | $2,476.52 | 100% |
| Alaska Bar Association – ABA | $2,233.01 | $2,233.01 | 100% |
| Alaska Communications Systems Group, Inc. | $93.26 | $93.26 | 100% |
| Alaska Railroad Corporation | $1,651.01 | $1,651.01 | 100% |
| Alaska Steel Company, Inc. | $275.46 | $275.46 | 100% |
| Alaska Valve & Fitting Company – AHP | $2,989.43 | $2,989.43 | 100% |
| Alaskan Prof. Emp. SVS DBA Swan Employer Services | $211.56 | $211.56 | 100% |
| Aleyeska Pipeline Service Company | $11,008.75 | $11,008.75 | 100% |
| Anchorage Chrysler Center, Inc. | $196.01 | $196.01 | 100% |
| Anchorage OB GYN | $98.44 | $98.44 | 100% |
| Arctic Slope Regional Corporation | $197,642.00 | $197,642.00 | 100% |
| Bering Straits Native Corporation | $400.66 | $400.66 | 100% |
| Calista Corporation | $367.85 | $367.85 | 100% |
| Center for Community, Inc. | $167,113.23 | $167,113.23 | 100% |
| Circle Plumbing & Heating, Inc. | $329.86 | $329.86 | 100% |
| Continental Auto Group | $69,219.82 | $69,219.82 | 100% |
| Educational Management Associates, Inc. | $169.25 | $169.25 | 100% |
| Engineered Solutions Group, Inc. | $2,656.12 | $2,656.12 | 100% |
| Executive Flight, Inc. | $211.56 | $211.56 | 100% |
| GCI Communication Corporation | $516.37 | $516.37 | 100% |
| Hattenburg Dilley & Linnell – AGC | $677.85 | $677.85 | 100% |
| Hope Community Resources, Inc. | $554.37 | $554.37 | 100% |
| Individual – BCBS of Alaska – Exchange | $89,406.14 | $89,406.14 | 100% |
| Individual – Blue Cross Blue Shield of Alaska | $90,547.18 | $90,547.18 | 100% |
| ITS Host/NASCO Proxy Group | $365,069.17 | $365,069.17 | 100% |
| Koahnic Broadcast Corporation – AFN | $2,490.33 | $2,490.33 | 100% |
| KPB Architects | $990.43 | $990.43 | 100% |
| Little Red Services, Inc. | $367.85 | $367.85 | 100% |
| Matanuska Valley Federal Credit Union | $761.61 | $761.61 | 100% |
| Mat-Su School District | $39,540.01 | $39,540.01 | 100% |

DEFENDANT:     CLARIBEL KOHCHET CHUA TAN
CASE NUMBER:     3:24-CR-00072-001-SLG

|  |  |  |  |  |
|---|---|---|---|---|
|  | Municipality of Anchorage | $12,206.09 | $12,206.09 | 100% |
|  | NANA Management Services, LLC | $166,922.15 | $166,922.15 | 100% |
|  | NANA Regional Corporation, Inc. | $5.18 | $5.18 | 100% |
|  | Neighborworks Alaska | $245.23 | $245.23 | 100% |
|  | Network Business Systems | $2,130.25 | $2,130.25 | 100% |
|  | Northrim Bank | $3,260.57 | $3,260.57 | 100% |
|  | Norton Sound Economic Development Corporation | $457.65 | $457.65 | 100% |
|  | OrthoAlaska, LLC | $636.25 | $636.25 | 100% |
|  | PSEA – Public Safety Employees Association | $357.49 | $357.49 | 100% |
|  | Ravn Air Group | $31,145.16 | $31,145.16 | 100% |
|  | Richard Farleigh, MD | $227.10 | $227.10 | 100% |
|  | RSA Engineering, Inc. | $95,509.05 | $95,509.05 | 100% |
|  | Rural Alaska Community Action Program – AFN | $14,467.93 | $14,467.93 | 100% |
|  | Selway Corp. DBA Hall Quality Homes | $263.37 | $263.37 | 100% |
|  | Shared – Admin/NASCO | $2,409.59 | $2,409.59 | 100% |
|  | Shared – Admin/NASCO – Alaska Carpenters | $70,717.34 | $70,717.34 | 100% |
|  | Shared – Admin/NASCO – Providence Health & Services | $12,351.27 | $12,351.27 | 100% |
|  | Tanana Chiefs Conference | $1,580.20 | $1,580.20 | 100% |
|  | Tyonek Native Corporation – AFN | $186.52 | $186.52 | 100% |
|  | Udelhoven Oilfield Systems Services, Inc. | $275.46 | $275.46 | 100% |
|  | University of Alaska | $56,914.95 | $56,914.95 | 100% |
|  | Walther & Flanigan - ABA | $1,100.96 | $1,100.96 | 100% |
| Premera – FEP | Federal Employee Program | $836,790.14 | $836,790.14 | 100% |
| Professional Benefit Services | Peninsula Airways, dba PenAir (Ch. 11 Bankruptcy – 2018) | $71,300.86 | $71,300.86 | 100% |
| Providence | Providence | $13,773.78 | $13,773.78 | 100% |
| Tricare | Tricare | $2,264,559.10 | $2,264,559.10 | 100% |
| UHC | American Postal Workers Union | $6,506.69 | $6,506.69 | 100% |
|  | APL Limited | $709.67 | $709.67 | 100% |
|  | General Parts International, Inc. | $196.36 | $196.36 | 100% |

DEFENDANT:      CLARIBEL KOHCHET CHUA TAN
CASE NUMBER:    3:24-CR-00072-001-SLG

| | | | | |
|---|---|---|---|---|
| | Morgan Stanley | $25,062.03 | $25,062.03 | 100% |
| | Probuild Holdings, Inc. | $980.07 | $980.07 | 100% |
| | Rexam, Inc. | $169.25 | $169.25 | 100% |
| | Sally Beauty Holdings, Inc. | $1,335.16 | $1,335.16 | 100% |
| | Team, Inc. | $2,596.54 | $2,596.54 | 100% |
| | Wells Fargo | $169.25 | $169.25 | 100% |
| UMR | Alaska Native Tribal Health Consort | $14,629.22 | $14,629.22 | 100% |
| | Bristol Bay Native Corporation | $17,534.58 | $17,534.58 | 100% |
| | Denali Alaskan Federal Credit Union | $50,112.31 | $50,112.31 | 100% |
| | First National Bank Alaska | $191,606.30 | $191,606.30 | 100% |
| | National Rural Electric Co-Op Assoc. | $141,770.18 | $141,770.18 | 100% |
| Veteran's Affairs Health Plan | Veteran's Affairs Health Plan | $72,630.07 | $72,630.07 | 100% |
| Internal Revenue Service | | $4,249,509.00 | $4,249,509.00 | 100% |
| | **TOTALS** | $16,771,260.43 | $16,771,260.43 | |

DEFENDANT:      CLARIBEL KOHCHET CHUA TAN
CASE NUMBER:    3:24-CR-00072-001-SLG

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A  ☒  Lump sum payment of  $16,771,460.00_____     due immediately, balance due

      ☐  not later than  _____ , or

      ☒  In accordance with  ☐ C,  ☐ D,  ☐ E, or  ☒ F below; or

B  ☐  Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ F below); or

C  ☐  Payment in equal _____ (*e.g., weekly, monthly, quarterly*) installments of $_____ over a period
      of _____ (*e.g., months or years)*, to commence _____ (*e.g., 30 or 60 days)* after the date of this
      judgment; or

D  ☐  Payment in equal _____ (*e.g., weekly, monthly, quarterly*) installments of $_____ over a period
      of _____ (*e.g., months or years)*, to commence _____ (*e.g., 30 or 60 days)* after release from
      imprisonment to a term of supervision; or

E  ☐  Payment during the term of supervised release will commence within _____ (*e.g., 30 or 60 days)* after release from
      imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☒  Special instructions regarding the payment of criminal monetary penalties:

      Any unpaid amount is to be paid during the period of incarceration at a rate of 50% of wages earned while in the custody of the Bureau of Prisons and during the period of supervision in monthly installments of not less than 10% of the defendant's gross monthly income or $25, whichever amount is greater.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program are made to the United States District Court, District of Alaska. For restitution payments, the Clerk of the Court is to forward money received to the party(ies) designated to receive restitution specified on the Criminal Monetary Penalties (Sheet 5) page.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☒  Joint and Several

    Daniel Tan Tan, 3:24-CR-00072-002-SLG, $16,771,260.00

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☒  The defendant shall forfeit the defendant's interest in the following property to the United States: The defendant shall forfeit all property as listed in the plea agreement (Dkt. 75).

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA Assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.